UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA S. REARDON, | : | NO. 3:20-CV-01136 |
| Plaintiff, | : | |
| | : | |
| -vs- | : | (MEHALCHICK, C.M.J.) |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

## ORDER

AND NOW, this 7th day of April, 2021, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Amanda S. Reardon, is awarded Three Thousand Two Hundred Seventy Two Dollars and 53/100 Cents ($3,272.53) in attorney fees under the EAJA. The attorney fees will be paid directly to Plaintiff, Amanda S. Reardon, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*Karoline Mehalchick*
KAROLINE MEHALCHICK
Chief United States Magistrate Judge